UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELVIN CHARLES ZIMMONS,

    Plaintiff,

v.

G. KALISHER, et al.,

    Defendants.

Case No. 20-cv-00859-YGR (PR)

**ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT; AND DENYING HIS REQUEST FOR APPOINTMENT OF COUNSEL**

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. Before the Court are Plaintiff's motion for an extension of time to file his amended complaint as well as his motion for appointment of counsel. Dkt. 9.

**I.   MOTION FOR EXTENSION OF TIME TO FILE HIS AMENDED COMPLAINT**

The Court has dismissed Plaintiff's complaint with leave to amend. Plaintiff has filed a request for extension of time to file his amended complaint. Dkt. 9. He requests an "extension of time or stay of proceedings until the COVID-19 crisis is over . . . ." *Id.* at 1.

Good cause appearing, the request is GRANTED in part and DENIED in part. Plaintiff's request for an indefinite stay of proceedings is DENIED, but his request for an extension of time due to the current COVID-19 crisis is GRANTED. Plaintiff shall file his amended complaint on or by **October 9, 2020**. Plaintiff shall inform the Court if a further extension is required in light of the current public health situation, and he shall provide documents showing the programming changes in the prison related to COVID-19, instead of simply mentioning the "COVID-19 crisis" as the reason for the request for an extension of the deadlines. **If Plaintiff fails to file an amended complaint by the deadline above or fails to request a further extension, this action will be dismissed without prejudice.**

**II.   MOTION FOR APPOINTMENT OF COUNSEL**

Plaintiff's motion for appointment of counsel is DENIED for want of exceptional circumstances. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v.*

*Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). This denial is without prejudice to the Court's *sua sponte* appointment of counsel at a future date should the circumstances of this case warrant such appointment.

This Order terminates Docket No. 9.

IT IS SO ORDERED.

Dated: September 4, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge